**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-1926

CRAIG M. HENSON,

Plaintiff - Appellant,

v.

PHARRELL WILLIAMS; SOMETHING IN THE WATER LLC; BWG LIVE;
CITY OF VIRGINIA BEACH GOVERNMENT,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at
Norfolk.  Rebecca Beach Smith, Senior District Judge.  (2:22-cv-00252-RBS-LRL)

Submitted:  November 21, 2023                    Decided:  November 27, 2023

Before WILKINSON and NIEMEYER, Circuit Judges, and TRAXLER, Senior Circuit
Judge.

Dismissed by unpublished per curiam opinion.

Craig M. Henson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Craig M. Henson seeks to appeal the district court's order dismissing his civil action pursuant to 28 U.S.C. § 1915(e)(2)(B).  We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

In civil cases, parties have 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6).  "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court entered its order on July 26, 2023.  Henson filed the notice of appeal on September 1, 2023.  Because Henson failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*